IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

XAVIER DORSEY, ET AL.                                                                 PLAINTIFFS

V.                                                          CIVIL ACTION NO. 2:12CV17-B-A

MICHAEL TADLOCK, SOUTHEAST GRAVEL CO., INC.,
BLUE BIRD CORPORATION, BLUE BIRD BODY COMPANY,
IC BUS, LLC, NAVISTAR INTERNATIONAL CORPORATION,
NAVISTAR INTERNATIONAL TRANSPORTATION CORP.,
WATERS TRUCK & TRACTOR CO., INC., AND MID SOUTH
WATER AND MACHINE WORKS, LLC                                                    DEFENDANTS

## ORDER

In accordance with the memorandum opinion issued this day, it is **ORDERED AND ADJUDGED**

that the plaintiffs' motion to remand is **DENIED**;

that the motion of Waters Truck & Tractor Co., Inc., to dismiss is **GRANTED**; and

that defendant Mid South Water and Machine Works, LLC, is hereby **DISMISSED**.

This the 27th day of September, 2012.

                                                                                                 /s/ Neal Biggers
                                                                                                 **NEAL B. BIGGERS, JR.**
                                                                                                 **UNITED STATES DISTRICT JUDGE**